United States Courts
Southern District of Texas
FILED
March 12, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN ALEXANDER XOLIX CHAVEZ | §<br>§<br>§  CRIMINAL NO.: **4:25-cr-00105**<br>§<br>§ |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### False Statement
### (18 U.S.C. § 1001)

On or about February 23, 2025, in the Southern District of Texas, the defendant,

**KEVIN ALEXANDER XOLIX CHAVEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by providing a false date of birth to officials of the Department of Homeland Security to make it appear that he was a 17-year-old minor, when in fact the defendant was an 18-year-old adult.   All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

By:   *Alexander Alum*
ALEXANDER ALUM
Assistant United States Attorney